IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARK ANDREWS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 2:15-CV-502-WKW |
| ) | [WO] |
| STATE OF ALABAMA, 187TH ) | |
| FIGHTER WING, FIRE ) | |
| DEPARTMENT, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Before the court is the Recommendation of the Magistrate Judge. (Doc. # 30.) There being no timely objection filed to the Recommendation, and based on a review of the record, it is ORDERED as follows:

1. The Recommendation of the Magistrate Judge (Doc. # 30) is ADOPTED; and

2. Defendant's Motion for Summary Judgment (Doc. # 16) is GRANTED.

A final judgment will be entered separately.

DONE this 13th day of September, 2016.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE